SMITH, MCDOWELL & POWELL
A LAW CORPORATION
Brad A. McDowell, SBN 207142
Jaclyn L. Powell, SBN 264781
Brandon T. Wright, SBN 294305
100 Howe Ave, Suite 208 South
Sacramento, CA 95825
Telephone: (916) 569-8100
Facsimile: (916) 848-3777

Attorneys for Plaintiff,
QUANTUM CAPITAL FUNDING CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| QUANTUM CAPITAL FUNDING CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PDI GROUP, INC., a Missouri corporation, RG GROUP, LLC., a Missouri limited liability company; JOHN F. GEHM, JR., an individual; JOHN F. GEHM, III, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-03279-WBS-KJN<br><br>**ORDER FOR PUBLICATION OF SUMMONS AND EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT FOR DAMAGES** |

On reading the evidence consisting of Plaintiff's counsel's application and declaration for this order, and it satisfactorily appearing to me therefrom that defendant, JOHN F. GEHM, III, an individual (hereinafter referred to as "Defendant"), cannot with reasonable diligence be served in any other manner specified in Rule 4 of the Federal Rules of Civil Procedure or Sections 415.10 through 415.40 of the California Code of Civil Procedure, and that a cause of action exists in favor of Plaintiff against Defendant.

1

NOW THEREFORE, IT IS ORDERED that the Summons in this action be served by publication in the Community News, a newspaper of general circulation published in the County of St. Louis, in the State of Missouri, and the Washington Missourian, a newspaper of general circulation published in the County of Franklin, in the State of Missouri, hereby designated as the newspapers most likely to give Defendant actual notice of the action, and that the publication be made once a week for four successive weeks.

IT IS FURTHER ORDERED that a copy of the Summons, a copy of the Complaint for Damages, and a copy of this Order be forthwith mailed to each of the defendants identified in this Order if their address is ascertained before expiration of the time herein prescribed for publication of summons.

IT IS FURTHER ORDERED that Plaintiff shall have an extension of time to serve the Summons and Complaint for Damages on Defendant, and that such extension be for sixty (60) days from the date of this Order.

Dated: May 23, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER FOR PUBLICATION OF SUMMONS AND EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT FOR DAMAGES**