SMITH, MCDOWELL & POWELL
A LAW CORPORATION
Brad A. McDowell, SBN 207142
Jaclyn L. Powell, SBN 264781
Brandon T. Wright, SBN 294305
100 Howe Ave, Suite 208 South
Sacramento, CA 95825
Telephone: (916) 569-8100
Facsimile: (916) 848-3777

Attorneys for Plaintiff,
QUANTUM CAPITAL FUNDING CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| QUANTUM CAPITAL FUNDING CORPORATION, a California corporation, | Case No.: 2:18-cv-03279-WBS-KJN |
|---|---|
| Plaintiff, | **ORDER FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| v. | |
| PDI GROUP, INC., a Missouri corporation, RG GROUP, LLC., a Missouri limited liability company; JOHN F. GEHM, JR., an individual; JOHN F. GEHM, III, an individual; and DOES 1 through 25, inclusive, | |
| Defendants. | |

On reading the evidence consisting of Plaintiff's counsel's application and declaration for this order, and it satisfactorily appearing to me therefrom that good cause exists:

NOW THEREFORE, IT IS ORDERED that the Status (Pretrial Scheduling) Conference scheduled for August 19, 2019 at 1:30 p.m. in Courtroom 5 is hereby continued to December 9, 2019 at 1:30 p.m. in Courtroom 5. A joint status report shall be filed no later than November 25, 2019.

///

1

**ORDER FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE**

///

///

Dated: August 5, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



2

**ORDER FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE**