UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| QUANTUM CAPITAL FUNDING CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PDI GROUP, INC., a Missouri corporation, RG GROUP, LLC, a Missouri limited liability company; JOHN F. GEHM, JR., an individual; JOHN F. GEHM, III, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | No. 2:18-cv-03279 WBS KJN<br><br><u>ORDER RE: MOTION TO WITHDRAW</u> |

----oo0oo----

　　　　Teresa M. Beck and Briana M. Pendergrass move to withdraw as counsel for defendants RG Group, LLC and John F. Gehm, III.  (Docket No. 27.)  Upon review of the motion in its entirety and in light of the plaintiff's non-opposition and defendants' consent to the termination, (<u>see</u> Decl. of Briana M. Pendergrass ¶ 6 (Docket No. 27-2)), counsels' motion to withdraw

1

is hereby GRANTED.

Defendants are admonished that under Local Rule 183(a), "[a] corporation . . . may appear only by an attorney." Defendants shall retain new counsel within fourteen days from the date of this Order to proceed through the rest of litigation.

IT IS SO ORDERED.

Dated: April 29, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE