UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CAPITAL FUNDING CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>PDI GROUP, INC.,<br><br>        Defendants. | No.  2:18-cv-03279-WBS-KJN<br><br>ORDER |

Presently before the court is plaintiff's motion to compel initial disclosures from defendants. (ECF No. 28.) A hearing on plaintiff's motion is scheduled for May 21, 2020. (Id.) After plaintiff filed the present motion the court granted defendants' counsels' motion to withdraw from this matter. (ECF No. 29.) According to plaintiff, defendants, now proceeding without counsel, have been nonresponsive to plaintiff's requests to meet and confer regarding the present discovery dispute. (ECF No. 30.) However, due to defendants' pro se status[1] and the timing of their attorneys' withdrawal, the court VACATES and RESETS the currently scheduled hearing.

////

////

---

[1] Defendants are again admonished that that under Local Rule 183(a), "[a] corporation . . . may appear only by an attorney."

1

Accordingly, it is HEREBY ORDERED that:

1. The hearing on plaintiff's motion to compel set for May 21, 2020 is VACATED.

2. Plaintiff's motion shall be heard on June 18, 2020, at 10:00 a.m., before the undersigned.[2]

3. If possible, the parties shall file a joint letter, as required by Local Rule 251 seven days before the scheduled hearing; if not possible plaintiff is instructed to follow Local Rule 251.

4. Plaintiff shall contact defendants' prior counsel to find the most effective means of serving defendants and send a copy of this order through such means. Plaintiff shall inform the court within five days of sending this order to defendants.

5. Within 14 days of the date of this order defendants shall inform the court of the status of retaining new counsel.

IT IS SO ORDERED.

Dated: May 15, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/3279.quantum.

---

[2] The parties are informed that the hearing will likely be held telephonically.