UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| QUANTUM CAPITAL FUNDING CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PDI GROUP, INC., a Missouri corporation, RG GROUP, LLC, a Missouri limited liability company; JOHN F. GEHM, JR., an individual; JOHN F. GEHM, III, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | No. 2:18-cv-03279 WBS KJN<br><br><br>ORDER RE: REFERRAL OF MATTER TO MAGISTRATE |

----oo0oo----

On April 29, 2020, the Court granted the motion of Teresa M. Beck and Briana M. Pendergrass to withdraw as counsel for defendants RG Group, LLC, and John F. Gehm, III. (Docket No. 29.) The Court admonished defendants that under Local Rule 183(a), "[a] corporation . . . may appear only by an attorney" and ordered them to retain new counsel within fourteen days to

1

1  proceed through the remainder of litigation.  Id.
2          As of the date of this Order, all defendants, including
3  RG Group, LLC and John F. Gehm, III, have not retained counsel,
4  and are appearing pro se.  Accordingly, pursuant to Local Rule
5  302(c)(21), this case is hereby referred to the assigned
6  magistrate judge, Judge Kendall J. Newman, for all further
7  proceedings consistent with the provisions of the rule.  All
8  pending dates and deadlines, as well as the September 8, 2020
9  hearing date on plaintiff's Motion to Continue Trial now set
10 before the undersigned are hereby VACATED.
11         IT IS SO ORDERED.
12 Dated:  August 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2