UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CAPITAL FUNDING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PDI GROUP, INC., et al.,<br><br>Defendants. | No. 2:18-cv-03279-WBS-KJN PS<br><br>ORDER<br><br>(ECF No. 28) |

On August 28, 2020, due to defendants no longer being represented by counsel, the Hon. Judge William B. Shubb referred this case to the undersigned pursuant to Local Rule 302(c)(21). (ECF No. 37.) That order also vacated all pending dates and deadlines in this action. (Id.)

Accordingly, in order to set appropriate dates and deadlines, and to keep the court informed of the status of this matter, the court SETS a status conference hearing for November 12, 2020 at 10:00 a.m. Not later than 7 days prior to the Status Conference, the parties shall file a joint[1] status report briefly describing the case and addressing the following:

    a.    Service of process;

    b.    Possible joinder of additional parties;

    c.    Any expected or desired amendment of the pleadings;

---

[1] If possible, the parties should file jointly. If this is not possible the parties are instructed to file individual reports and state why they could not file jointly.

      d.      Jurisdiction and venue;

      e.      The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      f.      Anticipated motions and their scheduling, including setting appropriate cut−off dates for discovery and law and motion;

      g.      Special procedures, if any;

      h.      Whether the case is related to any other cases, including bankruptcy;

      i.      Whether a settlement conference should be scheduled, and if so, whether (A) the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of his so acting, or (B) they prefer to have a settlement conference conducted before another judge;

      j.      Whether any default proceedings are anticipated; and

      k.      Any other matters that affect the just and expeditious disposition of this matter.

IT IS SO ORDERED.

Dated:  October 6, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/3279.quantum.