UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CAPITAL FUNDING CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>PDI GROUP, INC., et al.,<br><br>             Defendants. | No.  2:18-cv-03279-WBS-KJN PS<br><br><br>ORDER<br><br>(ECF No. 43) |

Plaintiff has filed an ex parte application requesting an order to set aside the previously filed Answers of defendants RG Group, LLC, and John F. Gehm, III, as discussed at the November 12, 2020 status conference.  (ECF Nos. 41, 43.)  For the reasons put forth in plaintiff's application (ECF No. 43), IT IS ORDERED that:

1. The Answer filed on August 19, 2019 on behalf of defendants RG Group, LLC, and John F. Gehm, III (ECF No. 18) is hereby set aside; and
2. The Clerk of Court shall enter defaults against defendants RG Group, LLC, and John F. Gehm, III, pursuant to Federal Rule of Civil Procedure 55(a).

IT IS SO ORDERED.

Dated:  December 3, 2020

3279.quan

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE