UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CAPITAL FUNDING CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>PDI GROUP, INC.; RG GROUP, LLC; JOHN F. GEHM, JR.; JOHN F. GEHM, III; and DOES 1 through 25, inclusive,<br><br>        Defendants. | No.  2:18-cv-03279-WBS-KJN PS<br><br>ORDER GRANTING FINAL JUDGMENT<br><br>(ECF Nos. 54, 57, 59) |

On July 27, 2022, the magistrate judge filed findings and recommendations (ECF No. 59), which were served on all parties who have appeared and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.  Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 59) are ADOPTED IN FULL;
2. Plaintiff's renewed motion for default judgment (ECF No. 54) is GRANTED;
3. Plaintiff's motion for partial voluntary dismissal (ECF No. 57) is GRANTED and the Fifth and Sixth Causes of Action in the complaint are DISMISSED in their entirety, without prejudice;
4. Judgment on all remaining causes of action in the complaint is entered in favor of plaintiff and against defendants PDI Group, Inc.; RG Group, LLC; John F. Gehm, Jr.; and John F. Gehm, III;
5. Compensatory damages are awarded against all defendants, jointly and severally, in the amount of $772,334.56;
6. Additional compensatory damages are awarded against RG Group, LLC, in the amount of $1,002,621.00;
7. Prejudgment interest is awarded against all defendants, jointly and severally, in the amount of $127,229.28 and continuing at a rate of $105.76 per day from April 15, 2022 until the date of entry of this judgment;
8. Additional prejudgment interest is awarded against RG Group, LLC, in the amount of $162,020.04 and continuing at a rate of $134.68 per day from April 15, 2022 until the date of entry of this judgment;
9. Plaintiff is awarded attorneys' fees against all defendants, jointly and severally, in the amount of $45,603.50;
10. Plaintiff is awarded costs against all defendants, jointly and severally, in the amount of $2,816.10;
11. All cross claims asserted by defendants RG Group and John Gehm III against cross-defendants PDI Group and/or John Gehm, Jr., are DISMISSED with prejudice for failure to prosecute under Fed. R. Civ P. 41(b); and

///

///

12. The Clerk of Court is directed to enter final judgment in accordance with this Order and to close this case.

Dated: August 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE